BENJAMIN C. MIZER
Acting Assistant Attorney General, Civil Division
MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
GIOCONDA R. MOLINARI (CSBN 177726)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7220
Facsimile: (415) 436-6748
E-mail: gioconda.molinari@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
RENÉE S. ORLEANS
MICHAEL KASS
Attorneys, Civil Division
P.O. Box 261, PHB 9144
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4504
Facsimile: (202) 305-4117

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, States of California, Washington, Arizona, and Utah *ex rel.* John Orten, <br><br> Plaintiffs, <br> v. <br><br> North American Health Care Inc., John Sorensen, <br><br> Defendants. | Case No. 14-CV-02401 WHO <br><br> **UNITED STATES' AND STATES OF ARIZONA AND WASHINGTON'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER** <br><br> **FILED UNDER SEAL** |

GOVERNMENT JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
Case No. 14-CV-02401 WHO                             1

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Pursuant to the Arizona Revised Statute (ARS) section 36-2918, the State of Arizona notifies this Court of its decision not to intervene in this action.

Pursuant to the Revised Code of Washington (RCW) § 74.66.050, the State of Washington notifies this Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause at a later date, and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices or petitions initiating any appeal and each paper, including briefs, filed in the appeal.

ARS section 36-2918 provides that once filed, the action may be dismissed only with the written consent of the Court and the State of Arizona. Therefore, the State of Arizona requests that it be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement of this action. The State of Arizona also reserves its right to intervene in this action, for good cause, at a later date. In accordance with the Rule 4.1 of the Arizona Rules of Civil Procedure, the State of Arizona also

requests that the defendants serve it with a copy of any notice or petition initiating any appeal and each paper, including briefs, filed in the appeal.

According to RCW sections 74.66.050(4) and 74.66.060(3) once the action is filed, the Relator may maintain the action in the name of the State of Washington. The action may be dismissed, settled, or otherwise discontinued only if the Court and the Attorney General of the State of Washington give written consent to the dismissal and their reason for consenting. RCW § 74.66.050(1). Therefore, the State of Washington requests that it be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement of this action. The State of Washington also reserves its right to intervene in this action, for good cause at a later date. Pursuant to RCW § 74.66.060(3), this Declination Notice serves as notice to the Relator that all future pleadings, orders, all notices or petitions initiating any appeal and each paper filed in the appeal, and other items filed in this action are to also be served upon the State of Washington and sent to the Washington Attorney General's Office, Medicaid Fraud Control Unit at the following address: P.O. Box 40114, Olympia, WA 98504-0114. The State of Washington reserves its right to obtain copies of any discovery produced in this matter, order any deposition transcripts, intervene in this action at a later date, or seek the dismissal of the Relator's action or claim.

Finally, the United States, the State of Arizona, and the State of Washington request that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. They also request that all other papers presently on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

//
//
//
//
//

Case No. 14-CV-02401 WHO                       3

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: April 14, 2015         By: _____
                              GIOCONDA MOLINARI
                              Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

# [PROPOSED] ORDER UNSEALING *QUI TAM* CASE

The United States and the States of Arizona and Washington having declined to intervene in this action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Arizona Revised Statute (ARS) Section 36-2918, and the Washington Revised Code (RCW) § 74.66.050 respectively, the Court rules as follows.

**IT IS HEREBY ORDERED that:**

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the Complaint, and First and Second Amended Complaints, this Order, and the accompanying Joint Notice of Election to Decline Intervention, which are hereby unsealed.

2. The Relator shall serve the Second Amended Complaint upon the defendants.

3. The Relator shall serve this Order and the accompanying Joint Notice of Election to Decline Intervention upon the defendants after service of the Complaint.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States' counsel, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts, is entitled to intervene in this action, for good cause, at any time, and may seek the dismissal of the Relator's action or claim. The United States shall also be served with all notices or petitions initiating any appeal and each paper, including briefs, filed in the appeal.

6. All orders of this Court shall be sent to the United States.

7. Should the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

8. All future pleadings, orders, all notices or petitions initiating any appeal and each paper filed in the appeal, and other items filed in this action are to be served upon the State of Washington and sent to the Washington Attorney General's Office, Medicaid Fraud Control Unit at the following address:

1 | P.O. Box 40114, Olympia, WA 98504-0114. (RCW § 74.66.060(3).) The State of Washington may obtain copies of any discovery produced in this action, order any deposition transcripts, intervene in this action at a later date, or seek the dismissal of the Relator's action or claim.

9. Should the Relator or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the State of Washington with an opportunity to be heard before ruling or granting its approval. (RCW § 74.66.050(1).) The State of Washington may intervene in this action, for good cause, at a later date.

10. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the State of Arizona with an opportunity to be heard before the Court rules on, or grants its approval to, any settlement of this action. The State of Arizona may intervene in this action, for good cause at a later date. (ARS section 36-2918.) The parties will serve the State of Arizona with a copy of any notice or petition initiating any appeal and each paper, including briefs, filed in the appeal. (Arizona Rules of Civil Procedure 4.1.)

IT IS SO ORDERED.

Dated: April 14, 2015

WILLIAM H. ORRICK
United States District Judge