KAMALA D. HARRIS
Attorney General of California
SARALYN M. ANG-OLSON
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN 228593)
Deputy Attorney General
 Bureau of Medi-Cal Fraud & Elder Abuse
 1425 River Park Drive, Suite 300
 Sacramento, CA 95815-4524
 Telephone: (916) 263-2516
 E-mail: Jennifer.Gregory@doj.ca.gov
 Facsimile: (916) 274-2929

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **United States of America, States of California, Washington, Arizona, and Utah** *ex rel.* **John Orten**<br><br>Plaintiffs,<br><br>v.<br><br>**North American Health Care Inc., John Sorensen**<br><br>Defendants. | Case No. C14-02401 DMR<br><br>[PROPOSED] ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B))<br><br>[FILED ~~IN CAMERA AND UNDER SEAL~~] |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows:

All contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order, California's Notice of Election to Decline Intervention, and any election to intervene or decline intervention filed by the United States', all of which Relator shall serve upon Defendants only after the unsealing of this matter and the service of the Complaint;

Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent and approval of California before ruling or granting its approval;

1   The parties shall serve all pleadings and motions subsequently filed in this action on California and California may order any deposition transcripts and is entitled to intervene in the action, for good cause shown, at a later date.

IT IS SO ORDERED.

Dated: 4-20-15

_____
UNITED STATES DISTRICT JUDGE