1  **KERSHAW, CUTTER & RATINOFF, LLP**
   C. Brooks Cutter (SBN 121407)
2  John R. Parker, Jr. (SBN 25776)
   401 Watt Avenue
3  Sacramento, California 95864
   Telephone: (916) 448-9800
4  Facsimile: (916) 669-4499
   E-mail: bcutter@kcrlegal.com
5          jparker@kcrlegal.com

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN ORTEN, Relator, | **Case No.** 14-cv-02401-WHO |
| STATE OF CALIFORNIA ex rel. JOHN ORTEN, Relator | **ORDER APPROVING JOINT STIPULATION FOR MODIFICATION OF OPPOSITION AND REPLY DEADLINES FOR DEFENDANT JOHN SORENSEN'S MOTION TO TRANSFER VENUE** |
| STATE OF WASHINGTON ex rel. JOHN ORTEN, Relator | |
| Plaintiffs, | |
| vs. | |
| NORTH AMERICAN HEALTH CARE. INC., JOHN SORENSEN. | |
| Defendants. | |

Based upon the joint request of the Parties to this action, the Court hereby modifies the responsive briefing deadlines as follows:

Opposition to Defendant John Sorensen's Motion to Transfer Venue shall be filed by July 29, 2015.

-1-

ORDER

Defendant's reply to Plaintiffs opposition shall be filed by August 12, 2015.

IT IS SO ORDERED.

DATED:   July 2, 2015

_____

Hon. Judge William H. Orrick