KERSHAW, CUTTER & RATINOFF, LLP
C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 25776)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com
          jparker@kcrlegal.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN ORTEN, Relator,<br><br>STATE OF CALIFORNIA ex rel. JOHN ORTEN, Relator<br><br>STATE OF WASHINGTON ex rel. JOHN ORTEN, Relator<br><br>            Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN HEALTH CARE. INC., JOHN SORENSEN.<br><br>            Defendants. | Case No. 14-cv-02401-WHO<br><br>[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR MODIFICATION OF OPPOSITION AND REPLY DEADLINES FOR DEFENDANT JOHN SORENSEN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT<br><br>DATE: October 7, 2015<br>TIME: 2:00 p.m.<br>JUDGE:   Hon. William H. Orrick<br>LOCATION:<br>    San Francisco Courthouse<br>    Courtroom 2, 17th Floor<br>    450 Golden Gate Ave.<br>    San Francisco, CA  94102 |

Based upon the joint request of the Parties to this action, the Court hereby modifies the responsive briefing deadlines as follows:

Opposition to Defendant John Sorensen's Motion to Dismiss the Second Amended Complaint shall be filed by August 26, 2015.

-1-

[PROPOSED] ORDER

1     Defendant's reply to Plaintiffs opposition shall be filed by September 16, 2015.

3   IT IS SO ORDERED.

5   DATED: July 27, 2015

*GRANTED*
*W. H. Oe*
*Judge William H. Orrick*

                    Hon. Judge William H. Orrick