| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | Richard J. Doren, SBN 124666 |
| 2 |   rdoren@gibsondunn.com |
| | 333 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 4 | Facsimile:  213.229.7520 |
| 5 | Winston Y. Chan, SBN 214884 |
| |   wchan@gibsondunn.com |
| 6 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| 7 | Telephone: 415.393.8200 |
| | Facsimile:  415.393.8306 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN ORTEN, Relator; | CASE NO. 14-cv-02401-WHO |
| STATE OF CALIFORNIA, ex rel. JOHN ORTEN, Relator; | **DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER** |
| STATE OF ARIZONA, ex rel. JOHN ORTEN, Relator; | Complaint Filed:  1/17/2014<br>First Am. Complaint Filed:  3/25/2014<br>Second Am. Complaint Filed:  4/17/2014 |
| STATE OF WASHINGTON, ex rel. JOHN ORTEN, Relator; | |
| STATE OF UTAH, ex rel. JOHN ORTEN, Relator; | |
| Plaintiffs, | |
| v. | |
| NORTH AMERICAN HEALTH CARE INC.; JOHN SORENSEN, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants North American Health Care, Inc. ("NAHC") and John Sorensen (collectively "Defendants") hereby substitute Richard J. Doren of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California and Winston Y. Chan of the law firm of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, California, 94105, as counsel for Defendants in the above-captioned matter in place of Jason de Bretteville, Justin N. Owens, and Bradley E. Marrett of the law firm Stradling Yocca Carlson & Rauth, P.C., 660 Newport Center Dr., Suite 1600, Newport Beach, California 92660.

Pursuant to such substitution, Defendants hereby request that all notices, filings and other documents in this action be served on the following counsel:

```
Gibson, Dunn & Crutcher LLP
Richard J. Doren
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520
Email:        rdoren@gibsondunn.com

Gibson, Dunn & Crutcher LLP
Winston Y. Chan
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306
wchan@gibsondunn.com
```

Please update service lists, and direct all future filings, discovery, and correspondence to Richard J. Doren and Winston Y. Chan.

The undersigned parties consent to the above substitution of counsel.

DATED: November 11, 2015              NORTH AMERICAN HEALTH CARE INC.


                                      By: _____/s/_____
                                              WYLIE STROUT

| | | |
|---|---|---|
| 1 | DATED:  November 11, 2015 | JOHN SORENSEN |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | JOHN SORENSEN |

DATED:  November 11, 2015        STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____/s/_____
JASON DE BRETTEVILLE

DATED:  November 11, 2015        GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
RICHARD J. DOREN

*Attorneys for Defendants*

**ATTESTATION:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED:  November 13, 2015        _____[signature]_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE