| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>WINSTON Y. CHAN, SBN 214884<br>  wchan@gibsondunn.com<br>ELIZABETH STEINFELD, SBN 305500<br>  esteinfeld@gibsondunn.com<br>JOSEPH R. ROSE, SBN 279092<br>  jrose@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>Attorneys for Defendants NORTH AMERICAN HEALTH CARE. INC., JOHN SORENSEN | CUTTER LAW, P.C.<br>C. BROOKS CUTTER (SBN 121407)<br>  bcutter@cutterlaw.com<br>JOHN R. PARKER, JR. (SBN 257761)<br>  jparker@cutterlaw.com<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Telephone: 916.290.9400<br>Facsimile:  916.669.4499<br><br>DUDENSING LAW OFFICE<br>EDWARD P. DUDENSING (SBN 182221)<br>  ed@dudensinglaw.com<br>JAY P. RENNEISEN (SBN 173531)<br>  jay@noelderabuse.com<br>1414 K Street, Suite 470<br>Sacramento, CA 95814<br>Telephone: 916.448.6400<br>Facsimile:  916.448.6401<br><br>LAW FIRM OF SEAN R. LAIRD<br>SEAN RYAN LAIRD (SBN 214916)<br>  seanlairdlaw@gmail.com<br>805 16th Street<br>Sacramento, CA 95814<br>Telephone: 916.441.1636<br><br>Attorneys for Relator JOHN ORTEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN ORTEN, Relator;<br><br>STATE OF CALIFORNIA ex rel. JOHN ORTEN, Relator;<br><br>STATE OF ARIZONA ex rel. JOHN ORTEN, Relator;<br><br>STATE OF WASHINGTON ex rel. JOHN ORTEN, Relator;<br><br>STATE OF UTAH ex rel. JOHN ORTEN, Relator,<br><br>        Plaintiffs,<br><br>  v.<br><br>NORTH AMERICAN HEALTH CARE. INC.; JOHN SORENSEN,<br><br>        Defendants. | CASE NO. 14-cv-02401-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 29, 2017** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-12 and 16-2(e), Defendants NORTH AMERICAN HEALTH |
| 2 | CARE, INC. and JOHN SORENSEN and Plaintiffs UNITED STATES OF AMERICA ex rel. JOHN |
| 3 | ORTEN, Relator; STATE OF CALIFORNIA ex rel. JOHN ORTEN, Relator; STATE OF ARIZONA |
| 4 | ex rel. JOHN ORTEN, Relator; STATE OF WASHINGTON ex rel. JOHN ORTEN, Relator; STATE |
| 5 | OF UTAH ex rel. JOHN ORTEN, Relator, collectively "the Parties," by and through their respective |
| 6 | counsel, hereby stipulate as follows: |
| 7 | WHEREAS the Court has set a case management conference in the above-captioned matter |
| 8 | for August 15, 2017, at 2:00 p.m.; |
| 9 | WHEREAS lead counsel for Defendants has a scheduling conflict that interferes with his |
| 10 | ability to attend the case management conference on August 15, 2017; and |
| 11 | WHEREAS counsel for all parties are available on either August 22, 2017 and August 29, |
| 12 | 2017 and Plaintiffs' counsel prefers August 29, 2017. |
| 13 | The Parties now jointly stipulate and respectfully request that this Court continue the case |
| 14 | management conference from August 15, 2017 at 2:00 p.m. to August 29, 2017 at 2:00 p.m. |

**IT IS SO STIPULATED.**

Dated: June 1, 2017　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　WINSTON Y. CHAN


　　　　　　　　　　　　　　　　　　By:　　　/s/ Winston Y. Chan
　　　　　　　　　　　　　　　　　　　　　　　Winston Y. Chan

Attorney for Defendants NORTH AMERICAN
HEALTH CARE. INC., JOHN SORENSEN

**I, Winston Y. Chan, attest that the concurrence in the filing of this document has been obtained from Sean Laird.**

Dated:　June 1, 2017　　　　　　　　LAW FIRM OF SEAN R. LAIRD
　　　　　　　　　　　　　　　　　　SEAN RYAN LAIRD


　　　　　　　　　　　　　　　　　　By:　　　/s/ Sean R. Laird
　　　　　　　　　　　　　　　　　　　　　　　Sean R. Laird

Attorney for RELATOR JOHN ORTEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: June 2, 2017

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE