GIBSON, DUNN & CRUTCHER LLP
RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
WINSTON Y. CHAN, SBN 214884
    wchan@gibsondunn.com
ELIZABETH STEINFELD, SBN 305500
    esteinfeld@gibsondunn.com
JOSEPH R. ROSE, SBN 279092
    jrose@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants NORTH AMERICAN
HEALTH CARE. INC., JOHN SORENSEN

CUTTER LAW, P.C.
C. BROOKS CUTTER (SBN 121407)
    bcutter@cutterlaw.com
JOHN R. PARKER, JR. (SBN 257761)
    jparker@cutterlaw.com
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916.290.9400
Facsimile: 916.669.4499

DUDENSING LAW OFFICE
EDWARD P. DUDENSING (SBN 182221)
    ed@dudensinglaw.com
JAY P. RENNEISEN (SBN 173531)
    jay@noelderabuse.com
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: 916.448.6400
Facsimile: 916.448.6401

LAW FIRM OF SEAN R. LAIRD
SEAN RYAN LAIRD (SBN 214916)
    seanlairdlaw@gmail.com
805 16th Street
Sacramento, CA 95814
Telephone: 916.441.1636

Attorneys for Relator JOHN ORTEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN ORTEN, Relator; <br><br> STATE OF CALIFORNIA ex rel. JOHN ORTEN, Relator; <br><br> STATE OF ARIZONA ex rel. JOHN ORTEN, Relator; <br><br> STATE OF WASHINGTON ex rel. JOHN ORTEN, Relator; <br><br> STATE OF UTAH ex rel. JOHN ORTEN, Relator, <br><br>        Plaintiffs, <br><br>   v. <br><br> NORTH AMERICAN HEALTH CARE. INC.; JOHN SORENSEN, <br><br>        Defendants. | CASE NO. 14-cv-02401-WHO <br><br> **STIPULATION AND ORDER DISMISSING THE ACTION** |

Relator JOHN ORTEN and Defendants NORTH AMERICAN HEALTH CARE, INC. and JOHN SORENSEN (collectively, "Defendants"), parties to the above-captioned civil action ("the Action"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730, hereby stipulate to the dismissal of the Action with prejudice as to Relator, but without prejudice as to the United States or the State of California.

The basis for this stipulated dismissal is that Relator and Defendants have voluntarily resolved this matter, and reached an agreement which includes: (i) the voluntary dismissal with prejudice of Relators' claims brought pursuant to the False Claims Act (31 U.S.C. §§ 3729 *et seq.*) ("Federal FCA") and the California False Claims Act (Cal. Gov't Code §§ 12650 *et seq.*) ("California FCA"), but a dismissal of the Federal FCA claims without prejudice as to the United States and of the California FCA claims without prejudice as to the State of California; (ii) a resolution of Relator's individual employment claims under the False Claims Act (31 U.S.C. § 3730(h)) and under state law; (iii) appropriate releases; and (iv) a dismissal of the Action in its entirety with prejudice as to Relator, but a dismissal without prejudice of the Federal FCA claims as to the United States and of the California FCA claims as to the State of California.

The parties therefore respectfully request that the Court enter an order dismissing this Action in its entirety, including all claims in the Third Amended Complaint with prejudice as to Relator, but dismissing without prejudice the Federal FCA claims as to the United States and the California FCA claims as to the State of California, as well as dismissing with prejudice Defendant Sorensen's counterclaim.

**IT IS SO STIPULATED.**

Dated:  January 25, 2018

GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE

By:  _____/s/ Joseph R. Rose_____
             Joseph R. Rose

Attorney for Defendants NORTH AMERICAN HEALTH CARE. INC., JOHN SORENSEN

Gibson, Dunn & Crutcher LLP

**I, Joseph R. Rose, attest that the concurrence in the filing of this document has been obtained from C. Brooks Cutter.**

Dated:  January 25, 2018

CUTTER LAW, P.C.
C. BROOKS CUTTER

By:       /s/ C. Brooks Cutter
          C. Brooks Cutter

Attorney for RELATOR JOHN ORTEN

Gibson, Dunn & Crutcher LLP

# ORDER OF DISMISSAL

The Court hereby GRANTS the foregoing stipulation of the parties for dismissal of the action pursuant to Federal Rule of Civil Procedure 41 and 31 U.S.C. § 3730, and ORDERS as follows:

(1)     Relator's Third Amended Complaint is dismissed in its entirety, with prejudice as to Relator John Orten, but without prejudice as to the United States or the State of California;

(2)     Defendant John Sorensen's counterclaim is dismissed; and

(3)     All remaining court dates and deadlines are vacated.

**IT IS SO ORDERED.**

DATE: January 26, 2018          _____

                          THE HONORABLE WILLIAM H. ORRICK
                          UNITED STATES DISTRICT JUDGE